UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Liberty Mutual Insurance Company., et al.,

                              Plaintiffs,      1: 20-cv-02293

           - against-               **Notice of Appearance**

Eldar Kadymoff Medical PC, et al.,

                              Defendants.

---

Please take notice that Defendants Eldar Kadymoff MD, Dmitry Zhukovski MD, Dana Akhmetova DC, Ahmed Hammam PT, Eldar Kadymoff Medical PC, Wakefield Chiropractic PC and Lifestyle Rehab PT PC, appear in this action by the undersigned attorney and requests the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated:  Brooklyn, NY

July 1, 2020                                                          By:  Nicholas Bowers, Esq.

                                                                     /s/
                                                                Gary Tsirelman, P.C.
                                                                *Attorneys for Defendants*
                                                                *Named Herein*
                                                               129 Livingston Street
                                                               2nd and 3rd Floors
                                                               Brooklyn, NY  11201
                                                               (718)438-1200